```
BRYAN CAVE LLP
Andrea Hicks, California Bar No. 219836
Michael J. Peng, California Bar No. 260852
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:        andrea.hicks@bryancave.com
              pengm@bryancave.com
```

Attorneys for Defendants
**BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DONALD JEANETTE AND GERDA GREENBAND, husband and wife,<br><br>    Plaintiffs,<br>    v.<br><br>BANK OF AMERICA, N.A., A DELAWARE CORPORATION; BAC HOME LOANS SERVICING, LP, a Texas Limited Partnership; and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | Case No. CV11-1052-PSG<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**[L.R. 6-1(a)]** |

## STIPULATION

Defendants Bank of America, N.A. and BAC Home Loans Servicing, LP, ("Defendants") and Plaintiffs Donald Jeanette and Gerda Greenband ("Plaintiffs") by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint with the Superior Court of California, County of Santa Cruz on December 22, 2010;

2. On March 7, 2011, this action was removed to the United States District Court, Northern District of California;

3. On March 10, 2011, Plaintiffs, by and through their undersigned counsel, agreed to Defendants' request to extend their answer period fourteen (14) days to March 28, 2011, in an effort to explore settlement negotiations and avoid unnecessary costs of litigation and burden on

1  the Court's docket;

2      4.   On May 27, 2011, pursuant to a stipulation between Plaintiffs, by and through their

3  undersigned counsel, and Defendants, by and through their undersigned counsel, Plaintiffs filed

4  their First Amended Complaint with Defendants' responsive pleading deadline being June 14,

5  2011.

6      5.   Given the current stages of on-going settlement negotiations between the Plaintiffs, by

7  and through their undersigned counsel, and Defendants, by and through their undersigned counsel,

8  the parties jointly agree and stipulate to extend Defendants' period to file a responsive pleading to

9  Plaintiffs' Complaint First Amended in this action to August 1, 2011;

10     6.   The Parties have concluded that this stipulated extension shall not prejudicially impact

11 any scheduled judicial proceedings in this action.

12     Nothing in this stipulation shall constitute a waiver of any arguments or defenses that

13 Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

14     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

16 Date:  June 14, 2011      _____

                               Magistrate Judge Paul Singh Grewal

17

18                             **LAW OFFICES OF JASON PINTAR**
                            Alan Liang

19 Dated: June 13, 2011

20                             By:   /s/ Alan Liang
                                 Alan Liang

21                             Attorney for Plaintiffs
                            DONALD JEANETTE AND GERDA

22                             GREENBAND

23 Dated: June 13, 2011     **BRYAN CAVE LLP**
                            Andrea M. Hicks

24                             Michael J. Peng

25                             By:   /s/ Michael J. Peng

26                                  Michael J. Peng
                            Attorneys for Defendants

27                             BANK OF AMERICA, N.A. AND BAC HOME
                            LOANS SERVICING, LP

28

*Side margin:* BRYAN CAVE LLP / TWO EMBARCADERO CENTER, SUITE 1410 / 201 CLAY STREET / SAN FRANCISCO, CA 94111-3907