BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DONALD JEANETTE AND GERDA GREENBAND, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., A DELAWARE CORPORATION; BAC HOME LOANS SERVICING, LP, a Texas Limited Partnership; and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. CV11-1052-PSG<br><br>Hon. Paul S. Grewal<br><br>**JOINT [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CHANGE TIME SET BY THE JUNE 15, 2011 SCHEDULING ORDER**<br><br>[FILED CONCURRENTLY WITH JOINT STIPULATION]<br><br>**[Fed. R. Civ. P. 16(b); N.D. Local Rule 6-2]** |

Having read and considered the Parties' Joint Stipulation to Continue Time Set by the June 15, 2011 Scheduling Order,

IT IS HEREBY ORDERED THAT the deadlines set by the June 15, 2011 Scheduling Order are continued as follows:

Fact Discovery Cutoff: __May 10, 2012__;

Designation of Opening Experts with Reports: __May 24, 2012__;

Designation of Rebuttal Experts with Reports: __June 8, 2012__;

Expert Discovery Cutoff: __June 22, 2012__;

Last Day for Dispositive Motion Hearing: __August 21, 2012__;

1    Final Pretrial Conference: __October 2, 2012 at 2PM__;

2    Trial: __October 22, 2012 at 9:30__ AM

3    **IT IS SO ORDERED.**

4

5    DATED: __1/10/2012__    ___/s/ Paul S. Grewal___
                              PAUL S. GREWAL
6                             United States Magistrate Judge

7    Respectfully submitted and approved as to form:

8    By: _/s/ Alan Liang_
9        Alan Liang

10   **LAW OFFICES OF JASON PINTAR**
     Alan Liang, California Bar No. 205193
11   2021 The Alameda #310
     San Jose, CA 95126
12   Telephone:    (650) 224-8125
     Facsimile:    (650) 986-1009
13   E-mail:       aslesq@comcast.net

14   Attorneys for Plaintiffs:
     Donald Jeanette and Gerda Greenband
15

16   By: _/s/ Michael J. Peng_
         **Michael J. Peng**
17

18   **BRYAN CAVE LLP**
     C. Scott Greene, California Bar Number 277445
19   Alison V. Lippa, California Bar No. 160807
     Michael J. Peng, California Bar No. 260852
20   Two Embarcadero Center, Suite 1410
     San Francisco, CA 94111-3907
21   Telephone:    (415) 675-3400
     Facsimile:    (415) 675-3434
22   E-mail:       scott.greene@bryancave.com
                   lippaa@bryancave.com
                   pengm@bryancave.com
23

24   Attorneys for Defendant:
     BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS
25   SERVICING, LP

26

27

28