UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DONALD JEANETTE AND GERDA GREENBAND, husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., A DELAWARE CORPORATION; BAC HOME LOANS SERVICING, LP, a Texas Limited Partnership; and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | Case No. CV11-1052-PSG<br><br>Hon. Paul S. Grewal<br><br>**JOINT [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CHANGE TIME SET BY THE JUNE 15, 2011 SCHEDULING ORDER**<br><br>[FILED CONCURRENTLY WITH JOINT STIPULATION]<br><br>**[Fed. R. Civ. P. 16(b); N.D. Local Rule 6-2]** |

Having read and considered the Parties' Joint Stipulation to Continue Time Set by the June 15, 2011 Scheduling Order,

IT IS HEREBY ORDERED THAT the deadlines set by the June 15, 2011 Scheduling Order are continued as follows:

Fact Discovery Cutoff: May 10, 2012;

Designation of Opening Experts with Reports: May 24, 2012;

Designation of Rebuttal Experts with Reports: June 8, 2012;

Expert Discovery Cutoff: June 22, 2012;

Last Day for Dispositive Motion Hearing: August 21, 2012;

1     Final Pretrial Conference: <u>October 2, 2012 at 2PM</u>;

2     Trial: <u>October 22, 2012 at 9:30</u>AM

3 **IT IS SO ORDERED.**

5 DATED: <u>1/10/2012</u>            *[signature]*
                                            PAUL S. GREWAL
                                            United States Magistrate Judge

Respectfully submitted and approved as to form:

By: */s/ Alan Liang*
      Alan Liang

**LAW OFFICES OF JASON PINTAR**
Alan Liang, California Bar No. 205193
2021 The Alameda #310
San Jose, CA 95126
Telephone:   (650) 224-8125
Facsimile:    (650) 986-1009
E-mail:       aslesq@comcast.net

Attorneys for Plaintiffs:
Donald Jeanette and Gerda Greenband

By: */s/ Michael J. Peng*
      **Michael J. Peng**

**BRYAN CAVE LLP**
C. Scott Greene, California Bar Number 277445
Alison V. Lippa, California Bar No. 160807
Michael J. Peng, California Bar No. 260852
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
E-mail:       scott.greene@bryancave.com
                lippaa@bryancave.com
                pengm@bryancave.com

Attorneys for Defendant:
BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING, LP

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

SF59083.1

2

[PROPOSED] ORDER; CASE NO.: CV11-1052-PSG