UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD JEANETTE, ET AL., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> BANK OF AMERICA, N.A., ET AL., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: C-11-01052 PSG <br><br> **STANDBY ORDER TO SHOW CAUSE** |

The court has been advised that the parties have reached a settlement of all claims. Plaintiffs Donald Jeanette and Gerda Greenband shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than September 30, 2012. If a dismissal of the action is not filed by that date, Plaintiffs shall appear on October 2, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

Case No.: C 11-1052 PSG
STANDBY ORDER TO SHOW CAUSE

1  Federal Rule of Civil Procedure 41(b).

2      IT IS SO ORDERED.

3

4  Dated:  9/14/2012

                                                 PAUL S. GREWAL

5                                                   United States Magistrate Judge

Case No.: C 11-1052 PSG
STANDBY ORDER TO SHOW CAUSE